FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 14 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| TANYA J. CRIBBS | * | CHAPTER 13 PROCEEDINGS |
| SSN: XXX-XX-2233 | * | CASE NO.: 14-30264 |
| | * | |
| | * | |
| Debtor. | * | |

## ORDER FOR REINSTATING THE BANKRUTPCY CASE, RECONSIDERATION OF ORDER DATED FEBRUARY 3, 2016 AND FOR COMPENSATION

**THIS MATTER CAME ON TO BE HEARD** and was heard before the undersigned United States Bankruptcy Judge on debtor's motion to reconsider and rescind order of dismissal dated February 3, 2016 and to reinstate the bankruptcy case and the Chapter 13 plan heard on April 12, 2016 during the regular session of Bankruptcy Court.

All parties were served. No interested party appeared or objected.

**IT APPEARS** that for good cause shown the Order issued on February 3, 2016 should be set aside and this case should be reinstated. The attorney for the debtor is entitled to compensation.

**THEREFORE IT IS ORDERED** that the Order to dismiss dated February 3, 2016 shall be set aside. The motion to reconsider is granted and the case is reinstated. The debtor shall resume her plan payments in April at $2,220.00 per month.

The attorney for the debtor is awarded attorneys fees of $450.00 + $38.00 cost to be paid directly to counsel by the debtor.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

United States Bankruptcy Court